

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2020

No. 04-19-00864-CV

In the Estate of Maria G. Stoll, Deceased, In the Estate of Richard M. Stoll, Deceased,

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017-PC-3675
Honorable Veronica Vasquez, Judge Presiding

## O R D E R

The parties have filed a joint motion to expedite this court's mandate in this appeal. The motion is GRANTED, and the clerk of the court is DIRECTED to issue this court's mandate in this appeal contemporaneously with the issuance of this order. TEX. R. APP. P. 18.1(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court